■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD CESPI, Appellant.—Judgment, Supreme Court, New York County (Jerome Hornblass, J.), rendered February 1, 1989, convicting defendant, after a jury trial, of robbery in the first degree and sentencing him, as a second violent felony offender, to a term of imprisonment of 9 to 18 years, unanimously reversed, on the law and the facts, and as a matter of discretion in the interest of justice, and the case remanded for a new trial.

Defendant's conviction is reversed for the reasons set forth in the memorandum decision in the appeal of the codefendant Jerome Dudley (167 AD2d 317; *see also, People v Varona,* 167 AD2d 322; *People v Gray,* 169 AD2d 477).

We have reviewed defendant's remaining contentions and find them to be without merit. Concur—Milonas, J. P., Rosenberger, Ellerin and Asch, JJ.